TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
JENA A. MACCABE (Cal. Bar No. 316637)
Assistant United States Attorney
Deputy Chief, Major Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5046
     Facsimile: (213) 894-0141
     E-mail:    jena.maccabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                 UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:26-MJ-03156 |
|---|---|
| Plaintiff, | ORDER SEALING COMPLAINT AND RELATED DOCUMENTS |
| v. | **(UNDER SEAL)** |
| MICHAEL ANGEL ALVAREZ,<br>   aka "Diablo," | |
| Defendant. | |

     For good cause shown, IT IS HEREBY ORDERED THAT:

     Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the complaint and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until such time as (1) the government files a "Report Commencing Criminal Action" in this matter, or

//

//

(2) the U.S. Attorney's Office notifies the Clerk that the case may be unsealed.

May 27, 2026

_____
DATE

_____
THE HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED.  The sealing application will be filed under seal.  The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____          _____
DATE                                                              THE HONORABLE PATRICIA DONAHUE
                                                                       UNITED STATES MAGISTRATE JUDGE